# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------------- x

DUSTIN YOUNGREN, on behalf of himself
and all others similarly situated,

    Plaintiffs,

      v.

TUBBY TODD BATH CO. LLC,

    Defendant.

---------------------------------------------------------------- x

Case No.: 1:25-cv-15613

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    **PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  April 16, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Alison Chan**

By: Alison Chan, Esq.
4903 Avenue N,
Brooklyn, NY 11234
O: 844-731-3343
D: 929-442-2154
Email: Achan@ealg.law